IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-50877
Summary Calendar
_____

GERALD WILLIAMS,

Plaintiff-Appellant,

versus

AT&T CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court for
the Western District of Texas
(USDC No. SA-99-CV-45-FB)
_____

June 21, 2000

Before REAVLEY, BARKSDALE and STEWART, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given by that court's

order dated August 11, 1999.

Whether the plaintiff's termination was in 1996 or 1998, his only right to sue letter

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

was received by him on April 10, 1997 and he did not file the lawsuit until December 11, 1998. The Texas Supreme Court has held the statutory requirements to be jurisdictional. Schroeder v. Texas Iron Works, Inc., 813 S.W.2d 483, 486 (Tex. 1991). The record is conclusive and no issue was raised by plaintiff to avoid the judgment that was rendered.

AFFIRMED.